448 A.2d 1379

**Robert E. TOLL, Appellant,**

v.

**Norma TOLL.**

Supreme Court of Pennsylvania.

Aug. 13, 1982.

Albert Momjian, Philadelphia, for petitioner.

Parker H. Wilson, Norristown, for respondent.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

### ORDER

PER CURIAM:

Petition for Allowance of Appeal granted. Order of the Superior Court affirmed. 293 Pa.Super. 549, 439 A.2d 712 (1981).